FILED
2006 Mar-13  AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT H. WATSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:05-cv-0340-UWC** |
| **STEWARD MACHINE** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION AND ORDER GRANTING
DEFENDANT'S SUMMARY JUDGMENT MOTION
ON THE AGE DISCRIMINATION CLAIM**

One of the Plaintiff's claims in this case is that his termination violated the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*.

It is undisputed that the Plaintiff was 61 years old when he was hired by the Defendant. The Plaintiff's employment was terminated by the Defendant on February 24, 2004, as part of the Defendant's legitimate reduction in force ("RIF"). The Plaintiff's position has been entirely eliminated. The Plaintiff was one of 25 employees terminated during the RIF. At least three of the employees terminated were under that age of forty. The Defendant's official who made the decision to terminate the Plaintiff was 52 years old.

Under these undisputed facts, the Defendant is entitled to judgment as a matter of law.  *See, Early v. Champion Int'l Corp.*, 907 F.2d 1077 (11th Cir. 1990).

The Defendant's Motion for Summary Judgment on the age discrimination claim is hereby GRANTED.

Done the 13th day of March, 2006.

                                                U.W. Clemon
                                  Chief United States District Judge